Ryan E. Cosgrove, Bar # 277907
ryan.cosgrove@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
19191 South Vermont Avenue, Suite 900
Torrance, California  90502
Tel: (424) 221-7400 / Fax: (424) 221-7499

Stephen A. D'Aunoy (admitted *pro hac vice*)
sdaunoy@thompsoncoburn.com
Thomas L. Azar, Jr. (admitted *pro hac vice*)
tazar@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
Tel: (314) 552-6000 / Fax: (314) 552-7000

*Attorneys for Defendant, FCA US LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PERALTA, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-02307-JWH (SKx)<br><br><br>**REPLY IN SUPPORT OF FCA US LLC'S RULE 12(b)(6) MOTION TO DISMISS CLASS ACTION COMPLAINT AND TO DISMISS/STRIKE CLASS ALLEGATIONS**<br><br>**[CLASS ACTION]**<br><br>**DATE:**  February 12, 2021<br><br>**TIME:**  9:00 a.m.<br><br>**JUDGE:**  Hon. John W. Holcomb<br><br>**COURTROOM:**  2 |

On January 8, 2021, Defendant FCA US LLC filed its Rule 12(b)(6) Motion to Dismiss Class Action Complaint and to Dismiss/Strike Class Allegations.  *See* ECF #20.  Plaintiff has filed no opposition to that Motion, and the time for doing so has expired.  Thus, pursuant to L.R. 7-12, the Motion to Dismiss should be granted. *See, e.g.*, *Hines v. Toyota Motor Sales, U.S.A., Inc.*, 504 Fed.Appx. 642, 643 (9th Cir. 2013) (affirming Rule 12(b)(6) dismissal because plaintiff "failed to oppose" the defendant's motion and noting mandate in Local Rules for Central District of California that the failure to oppose acted as "consent to the granting [ ] of the motion"); *Rivera v. WMC Mortg. Corp.*, 2010 WL 1708873, *1 (C.D.Cal. 2010) ("Presently before the Court is Defendant Litton Loan Servicing's Motion to Dismiss [ ].  Because Plaintiff has not filed an opposition, the Court GRANTS the Motion").

Accordingly, this Court should grant FCA US LLC's Motion to Dismiss and dismiss this case with prejudice.

Dated:  January 29, 2021

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Ryan E. Cosgrove*
Ryan E. Cosgrove

**THOMPSON COBURN LLP**
Stephen A. D'Aunoy (*pro hac vice*)
Thomas L. Azar, Jr. (*pro hac vice*)

*Attorneys for Defendant FCA US LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By:  */s/ Ryan E. Cosgrove*